■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM CEPEDA, Appellant. [747 NYS2d 763] —Judgment, Supreme Court, New York County (Harold Beeler, J.), rendered May 23, 2000, convicting defendant, upon his plea of guilty, of manslaughter in the first degree, and sentencing him to a term of 12½ years, unanimously affirmed.

The court properly denied defendant's motion to withdraw his guilty plea. The record, including the plea minutes,

establishes the voluntariness of the plea and fails to support defendant's conclusory claim that his ability to plead guilty was impaired by medication (*see People v Bermudez*, 228 AD2d 237, *lv denied* 89 NY2d 919).

We perceive no basis for a reduction of sentence. Concur— Williams, P.J., Tom, Mazzarelli, Sullivan and Gonzalez, JJ.